United States District Court
Middle District of Florida
Jacksonville Division

**LANDSTAR RANGER, INC.,**

    *Plaintiff,*

v.

**CHIZHIK, LLC,**

    *Defendant.*

NO. **3:25-cv-1284-TJC-PDB**

## Order

The court **denies** Landstar Ranger's motion for default judgment, Doc. 26, and supplemented motion for default judgment, Doc. 28, **without prejudice**. By **August 14, 2026**, Landstar must take one of the following four actions or risk dismissal for failure to prosecute diligently.

**(1)** Landstar may move to amend the complaint, Doc. 1, based on the new contract that Landstar attaches to the supplemented motion and serve Chizhik, LLC, with a summons and the amended complaint. *Compare* Docs. 1-1, 26-1, *with* Doc. 28-1; *see Campbell v. Bennett*, 47 F.4th 1362, 1366 (11th Cir. 2022) ("[S]ervice of an amended complaint on a defaulted party is required if [the amended complaint] contains a new claim for relief of which the defendant would not be on notice of via the allegations in the original complaint or the statutes charged therein."); *Nishimatsu Constr. Co., Ltd. v. Hous. Nat'l Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975) ("The defendant, by his default, admits the plaintiff's well-pleaded allegations of fact" and "[t]here must be a sufficient basis in the pleadings for the judgment entered.").

**(2)**   Landstar may move for default judgment, but must include a legal memorandum explaining how a default judgment based on a contract, Doc. 28-1, different from the one described in the complaint, Doc. 1-1, is permissible. *See Nishimatsu*, 515 F.2d at 1206.

**(3)**   Landstar may dismiss the breach-of-contract claim and move for default judgment solely on the Carmack Amendment claim, but must include a legal memorandum explaining whether, to obtain relief under the Carmack Amendment, a party must prove the existence of a contract. *See A.I.G. Uru. Compania de Seguros, S.A. v. AAA Cooper Transp.*, 334 F.3d 997, 1003 (11th Cir. 2003) (discussing the elements of a prima facie case under the Carmack Amendment).

**(4)**   Landstar may take any other appropriate action.

**Ordered** in Jacksonville, Florida, on July 17, 2026.

*Patricia D. Barksdale*

Patricia D. Barksdale
*United States Magistrate Judge*