IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LANDSTAR RANGER, INC.,
a Florida corporation,

Plaintiff,

v. Case No: 3:35-CV-1284-TCJ-PDB

CHIZHIK, LLC,
a Michigan limited liability
company,

Defendant.
______________________________/

**MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff LANDSTAR RANGER, INC., through its undersigned counsel and pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, hereby submits and files this Motion for Leave to Amend Complaint, and in support thereof states as follows:

1. Plaintiff filed this action on October 23, 2025. [D.E. 1].
2. Service of the Complaint was perfected on Defendant Chizhik, LLC ("Defendant") on January 27, 2026. [D.E. 18].
3. Plaintiff mistakenly attached to the Complaint an agreement that was executed after the date of the cargo damage giving rise to the

causes of action pled in the complaint instead of the operative agreement on the date of loss.

4. Since Defendant did not serve an answer or a motion to dismiss, or plead or otherwise defend this action as required by Rule 12 of the Federal Rules of Civil Procedure, Plaintiff filed a Renewed Motion for Entry of Default by Clerk against Defendant on March 18. 2026. [D.E. 22].

5. The Clerk of Court entered the Entry of Default on March 26, 2026. [D.E. 24].

6. On June 10, 2026, Plaintiff filed a Supplemental Motion for Final Default. [D.E. 26].

7. On July 17, 2026 the Court entered an Order Denying Plaintiff's Supplemental Motion for Final Default ("Order"). [D.E. 27].

8. In its Order, the Court requires Plaintiff to take one of four actions to cure its error or risk dismissal. One of the four options provided is for Plaintiff to move to amend its complaint and attach the operative agreement. *See* D.E. 27, ¶ 1.

9. Plaintiff seeks to amend its complaint by attaching the operative agreement.

10. Attached hereto hereto as Exhibit "A" is the proposed First Amended Complaint ("FAC"). The proposed FAC is identical to the original Complaint except for the paragraphs referencing the date of the agreement, specific agreement provisions, and the corresponding exhibit.

11. Federal Rule of Civil Procedure 15(a) provides that leave to amend shall be freely given when justice so requires. In this case, justice supports the granting of Plaintiff's Motion to Amend. No previous amendments have been sought. Defendant has not made an appearance in the case and no prejudice will be suffered by any party as a result of the amendment.

12. Accordingly, Plaintiff requests the Court grant its Motion for leave to Amend the Complaint.

Wherefore, Plaintiff Landstar Ranger, Inc. respectfully requests the Court to grant its Motion to Amend its Complaint and grant any further relief as deemed appropriate.

Date: August 4, 2026

Respectfully submitted,

/s/ Lauren Feldman, Esq.
Lauren Feldman, Esq.
Florida Bar No. 0106075
Sophia Bernard, Esq.
Florida Bar No. 113805

TAYLOR NELSON SLATTERY
BERNARD PL
20 3rd Street SW, Suite 209
Winter Haven, FL 33880
(863) 875-6950 (tel)
(863) 875-6955 (fax)
sbernard@taylorlawpl.com
lfeldman@taylorlawpl.com
efiling@taylorlawpl.com

*Counsel for Plaintiff*